No. 88–7430.   ABDUL-AKBAR *v.* DURSTEIN.   Sup. Ct. Del. Certiorari denied.

No. 88–7431.   HENDERSON *v.* MCCAUGHTRY, SUPERINTEND-ENT, WAUPUN CORRECTIONAL INSTITUTION.   C. A. 7th Cir. Certiorari denied.

No. 88–7433.   GROFF *v.* BUCKWALTER.   C. A. 3d Cir.   Certiorari denied.

No. 88–7434.   MAGEE *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 88–7436.   FLETCHER *v.* CRABTREE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–7437.   BECKFORD *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–7441.   KING *v.* BORG, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 88–7443.   MOSKOVITS *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–7445.   WILLARD *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–7448.   THOMAS *v.* GOYETTE.   C. A. 6th Cir.   Certiorari denied.

No. 88–7449.   FISCHER *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 88–7450.   SMITH *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–7452.   ANDERSON *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 88–7453.   ATKINS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–7454.   ECHOLS *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.